CO-ED DRESSES, INC., Respondent, v. STERLING NATIONAL BANK AND TRUST

Company of New York, Appellant.— Order so far as appealed from modified by granting items "VII" and "VIII," and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Verified bill of particulars to be served within fifteen days from service of order. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

David Weissman, Trading as the Lillian Dairy Products Company and Others, Respondents, v. Leo Wiesen, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin O'Malley, Sherman and Townley, JJ.